# Exhibit D



**European Coffee B.V.**
T +31 (0)35 6780 269 • F +31 (0)35 6951 519 • E coffee@europeancoffee.nl • W www.europeancoffee.nl

Zwarteweg 6B • 1412 GD Naarden • The Netherlands

Group G
4011 Lake Limestone Court
Baton Rouge, LA 70816
USA

INVOICE.

April 26, 2010

CONTRACT        P. 10.481

YOUR REF.

INVOICE NO.     210.0022

285 BAGS OF SUMATRA ARABICA GRADE 4

Marked:   EUROPEAN COFFEE
          SUMATRA ARABICA GRADE 4
          15/1590/02
          MONTREAL 1/285
          60 KGS NETT
          PO INDONESIA

# 18 372 327530-000

Per m.v.:     SINAR BIAK VOY. 190
B/L No.:      APLU073713360 BELAWAN - OMAHA Dated April 23, 2010
Containers:   APZU3105787

285 Bags GROSS WEIGHT: 17,356.5 KILOS - NETT WEIGHT: 17,100 KILOS / 37,698.66 Lb
AT US$cts 1.02 PER LB, C&F OMAHA                    US$ 38,452.63

Payment:    Net cash against documents to the account of:
            Benificiary:  SCT Holding B.V.
                          Anna Paulownalaan 5
                          1412 AK Naarden
                          The Netherlands
            Account no:   IBAN NL87 ABNA 0529 6055 11
            SWIFT:        ABNANL2A
            Bank:         ABN AMRO Bank
                          Brediusweg 12
                          1401 AE Bussum
                          The Netherlands
            Quoting our invoice number.

Weights:    Nett Shipped Weights, 1% Franchise
Insurance:  To be covered by buyers

European Coffee BV