| | |
|---|---|
| **UNITED STATES DISTRICT COURT**<br>**DISTRICT OF NEW JERSEY**<br>Thaddeus R. Maciag, Esq. TM/1669<br>MACIAG LAW, LLC<br>991 U.S. Route 22 West, Suite 100<br>Bridgewater, New Jersey  08807<br>Phone: (908) 704-8800, Fax: (908)704-8804<br>Attorney for Defendant-Counterclaimants/Third-Party-Plaintiffs, and for Intervenor Mark Willekes | |

_____ :

EUROPEAN COFFEE B.V. and                    :
EUROPEAN COFFEE INC.,                       :    Case No.: CV 10-3394
                                            :
    Plaintiffs,                             :    District Judge:  Wigenton
                                            :    Magistrate Judge: Arleo
  vs.                                       :
                                            :    CERTIFICATION OF
GEORGE WILLEKES, HOLLAND                    :    THADDEUS R. MACIAG ESQ.
COFFEE INC., HOLLAND COFFEE                 :    RE ADMINISTRATIVE
 (CALIFORNIA) INC., H.C. HOLLAND            :    REQUEST O UN-SEAL
 COFFEE, B.V., and H.C. HOLLAND             :    PACER #24,WHICH
 COFFEE BEVEER B.V.                         :    WAS MISTAKENLY SEALED
                                            :    WHEN ECF-FILED
    Defendant-Counterclaimants.             :
                                            :
---------------------------------------------- :
                                            :
GEORGE WILLEKES, HOLLAND                    :
 COFFEE INC., HOLLAND COFFEE                :
 (CALIFORNIA) INC., H.C. HOLLAND            :
 COFFEE, B.V., and H.C. HOLLAND             :
 COFFEE BEVEER B.V.,                        :
                                            :
    Third-Party Plaintiffs,                 :
                                            :
  vs.                                       :
                                            :
CLEMENS M. B. CALIS, EMMA                   :
  SCHOONEBEEK, SCT HOLDING BV,             :

| | |
|---|---|
| CHANTAL CALIS GARCIA and SEBASTIAN GARCIA, E.C. COFFEE (SA), C. CALIS BV, C. CALIS MANAGEMENT BV, EUROPEAN COFFEE BV, EUROPEAN COFFEE INC., and JOHN DOES 1-25, | : : : : : : : : |
| Third-Party Defendants. | : : |
| -------------------------------------------------------- | : |
| MARK WILLEKES, | : : |
| Intervenor-Plaintiff, | : : |
| vs. | : : |
| CLEMENS M. B. CALIS, EMMA SCHOONEBEEK, EUROPEAN COFFEE B.V., EUROPEAN COFFEE INC., SCT HOLDING BV, CHANTAL CALIS GARCIA and SEBASTIAN GARCIA, | : : : : : : : |
| Defendants. | : |
| ---------------------------------------------------------- x | |

**CERTIFICATION OF THADDEUS R. MACIAG ESQ.**
**RE ADMINISTRATIVE REQUEST TO UN-SEAL PACER DOCUMENT #24,**
**WHICH WAS MISTAKENLY SEALED UPON ECF-FILING**

Thaddeus R. Maciag, Esq., of full age, hereby certifies and says:

1.   I am attorney for Defendants in the within action, and I am familiar with the facts of this Certification.

2.   Further to my telephone discussion with the Clerk's Office's ECF-help staff, I file this Certification to confirm that PACER Document #24, through a clerical

        error, was mistakenly "sealed" at the time of ECF-filing.

3.      I accordingly hereby authorize the Clerk's staff to administratively "un-seal" same on the PACER Docket.

        I certify that the foregoing statements made by me are true to the best of my information, knowledge and belief; I am aware that if they are wilfully false, I am subject to punishment.

                                                        /s/ Thaddeus R. Maciag

Date: August 13, 2010                   Thaddeus R. Maciag, Esq.